**mcm** Midland Credit Management, Inc.

2365 Northside Drive, Suite 300, San Diego, CA 92108

07-01-2016

002
P2T23 Daisy Martinez

| | |
|---|---|
| Original Creditor | Synchrony Bank |
| Original Account Number | 8733 |
| MCM Account Number | 3568 |
| Current Balance | $2,030.26 |
| Current Owner | MIDLAND FUNDING LLC |
| CALL BY DATE | 07-16-2016 |

Call (800) 939-2353

## PRE-LEGAL NOTIFICATION

RE: Synchrony Bank / Walmart

Dear Daisy,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. This letter is to notify you that we are considering forwarding this account to an attorney in your state for possible litigation. Upon receipt of this notice, please call (800) 939-2353 to discuss your options.

If we don't hear from you or receive payment by 07-16-2016, we may proceed with forwarding this account to an attorney.

**What are some options you can do to stop this process from continuing?**

1) Mail in $500.00 and call to set up your remaining payments, or
2) Call us to see how to qualify for discounts and affordable payment plans.

**LET US HELP YOU!** If the account goes to an attorney, our flexible options may no longer be available to you. There still is an opportunity to make arrangements with us. **We encourage you to call us: (800) 939-2353.**

**BENEFITS OF PAYING**

➢ **This may be your last chance to work with us before the account goes to an attorney.**

➢ After receiving your final payment, we will consider the account paid*.

**CALL US!**
**(800) 939-2353**

**Account Number at Charge-Off:** 6032201463678733
**Name of Creditor at Charge-Off:** SYNCHRONY BANK

Sincerely,

*Tim Bolin*

Tim Bolin, Division Manager
(800) 939-2353

*If you pay your full balance, we will report your account as **Paid in Full**. If you pay less than your full balance, we will report your account as **Paid in Full for less than the full balance.**