1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DAISY MARTINEZ, on behalf of herself and all other similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 3:17-cv-01264-BTM-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION <u>WITH PREJUDICE</u> AS TO PLAINTIFF DAISY MARTINEZ AND <u>WITHOUT PREJUDICE</u> AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Barry Ted Moskowitz<br><br>Magistrate Judge:  Mitchell D. Dembin |

1    The Parties have filed a Joint Motion to Dismiss Action With Prejudice As to Plaintiff Daisy Martinez and Without Prejudice as to the Putative Class pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii).  Good cause appearing, the Court **GRANTS** the Parties' joint motion and **DISMISSES WITH PREJUDICE** this action as to Plaintiff Daisy Martinez and **DISMISSES WITHOUT PREJUDICE** this action as to the putative class.  Each party shall bear her/its own attorneys' fees and costs.  The Clerk of the Court is instructed to close this case.

**IT IS SO ORDERED.**

DATED:   November 21, 2017

HONORABLE BARRY TED MOSKOWITZ
United States District Court Judge
Southern District of California